STATE v. COLVARD

No. 134P89.

Case below: 92 N.C. App. 756.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

STATE v. FIELDS

No. 127P89.

Case below: 92 N.C. App. 756.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

STATE v. HAMAD

No. 35A89.

Case below: 92 N.C. App. 282.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 May 1989.

STATE v. JOSEY

No. 117A89.

Case below: 92 N.C. App. 757.

Petition by Lisa R. Josey for discretionary review pursuant to G.S. 7A-31 allowed 4 May 1989. Motion by the Attorney General to dismiss appeal by Ernest M. Josey for lack of substantial constitutional question allowed 4 May 1989. Petition by Ernest M. Josey for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.

STATE v. LEONARD

No. 137P89.

Case below: 92 N.C. App. 757.

Motion by the Attorney General to dismiss appeal for lack of significant public interest allowed 4 May 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 May 1989.